From: The District Court of the Ninth Judicial District. County of Pondera.

STATE OF MONTANA, Plaintiff, vs. BILLY LEE DICKMAN, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 3 years, imposed on October 21, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears sufficiently lenient in that defendant was convicted of forgery punishable by not less than 1 nor more than 14 years, yet received a sentence of but 3 years with 14 days jail time credit after twice receiving deferred impositions of sentence with a record of 3 prior felony convictions and 1 parole violation, and will be eligible for parole consideration in May 1969, after being received October 22, 1968.

DATED this 15th day of January, 1969.

## SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.

From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. GILBERT CLIFF, Defendant.

NO. 5685A

## DECISION

The application of the above-named defendant for a review of the sentence of 8 years, imposed on December 17th, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears sufficiently lenient in that defendant was convicted of first degree burglary punishable by not less than 1 nor more than 15 years imprisonment, yet he received a sentence of but 8 years with a record of 1 prior felony conviction, 2 Federal probations and 1 parole violation and will be eligible for parole consideration in May, 1969, after being received December 9, 1967.

DATED this 15th day of January, 1969.

## SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.